# United States District Court
## Violation Notice

(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| WLI | E 2183062 | Windham | W3743 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): 5/28/2024 0226

Offense Charged □ CFR □ USC ☒ State Code: LRS 32:53

Place of Offense: Georgia Ave / 9th St

Offense Description: Factual Basis for Charge HAZMAT □

Improper Display of License B2-4

**DEFENDANT INFORMATION** [redacted]

| Last Name | First Name | M.I. |
|---|---|---|
| Palazzo | Tommy | J |

Street Address

[redacted]

| Tag No. | State | Year | Make/Model | PASS □ | Color |
|---|---|---|---|---|---|
| Z587563 | LA | 14 | Ford | | Gry |

**APPEARANCE IS REQUIRED**

A ☐ If Box A is checked, you must appear in court. See instructions.

**PAY THIS AMOUNT AT www.cvb.uscourts.gov →**

**APPEARANCE IS OPTIONAL**

B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 75 Forfeiture Amount

+ $30 Processing Fee

$ 105 **Total Collateral Due**

**YOUR COURT DATE**

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: Edwin F. Hunter Federal Courthouse, 611 Broad St, Lake Charles, LA 70601, 337-531-6143

Date: 6 Aug 24

Time: 0900

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*E2183062*

CVB SCAN 06/13/2024 11:7

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 28 May, 20 24 while exercising my duties as a law enforcement officer in the Western District of Louisiana

See Attached

The foregoing statement is based upon:

☒ my personal observation ☐ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 5/28/2024 [signature]

Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on:

Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 06/13/2024 11:7